# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 15, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146826

IN THE MATTER OF

HONORABLE WADE H. McCREE                          SC:    146826
3rd JUDICIAL CIRCUIT  COURT                       JTC Formal Complaint 93

BEFORE THE JUDICIAL TENURE COMMISSION
_____

On order of the Court, the request by the Judicial Tenure Commission for appointment of a master is considered and Honorable Charles A. Nelson is appointed Master to hear Formal Complaint No. 93.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 15, 2013 _____          _____
                                                    Clerk